UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRETT WHEELER,

                Plaintiff,

-against-

CAPT. HARPER, *1159 Badge*; C.O. HARPER, *1195 Badge*; and C.O. GONZALEZ, *8475 Badge*,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021

19-cv-9689-MKV

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

    The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Captain Dymita Harper, Shield No. 1159; Correction Officer Justin Gonzalez, Shield No. 8465; and Correction Officer Jasmine Roberts, Shield No. 1195; waive service of summons.

**SO ORDERED.**

**Date: April 19, 2021**
**New York, NY**

                **MARY KAY VYSKOCIL**
                **United States District Judge**